UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EMANUEL LEONARD FINCH,

        Plaintiff,

  v.

PIERCE COUNTY, et al.,

        Defendants.

C21-5075 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) No objection to the Report and Recommendation ("R&R"), docket no. 17, of the Honorable Michelle L. Peterson, United States Magistrate Judge, having been filed, the R&R is ADOPTED, and this case is REMANDED to the Pierce County Superior Court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction, effective immediately.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to plaintiff pro se, and to Magistrate Judge Peterson.

Dated this 23rd day of August, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1